IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK JODY BARTON												PLAINTIFF
#163889

v.							No. 4:22-cv-1266-DPM

PULASKI COUNTY CIRCUIT COURT							DEFENDANT

## JUDGMENT

Barton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2023